*Revised*

AO-10
Rev. 1/2004

Calendar Year 2003

(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Caldwell,, Karen K | 2. Court or Organization  U.S.D.C. KY - Eastern District | 3. Date of Report  8/23/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Article III Judge, Full-time | 5. ReportType (check appropriate type)  Date  ○ Initial  ◉ Annual  ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  434 United States Courthouse  310 South Main Street  London, KY 40741 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Transylvania University |
| 2. | Trustee | Lloyd Cress Insurance Trust |
| 3. | Board of Directors | Leadership Kentucky |
| 4. | Board of Directors | Georgetown College, Correll Center for Leadership |
| 5. | Board of Directors | ARC of the Bluegrass |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE
Aug 24 11 17 AM '04
FINANCIAL REPORT

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Retirement Benefit - Ashland, Inc. |
| 2. | 2003 | Retirement Benefit - Greenebaum Doll & McDonald, PLLC |
| 3. | 2003 | Self-employed Environmental Law |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Line of Credit - Credit Card | J |
| 2. | AAA Financial Services | Line of Credit - Credit Card | J |
| 3. | Fifth Third Bank, Trustee for Lloyd Cress Retirement Account | Promissory Notes | J |
| 4. | American Express | Line of Credit - Credit Card | K |
| 5. | First USA | Line of Credit - Credit Card | J |
| 6. | P.N.C. Bank | Commercial Loan | J |
| 7. | USAA | Line of Credit - Credit Card | K |
| 8. | Capital One Bank | Line of Credit - Credit Card | J |
| 9. | AIM Fund Services (Lloyd Cress Retirment Account) | Pension Plan Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, Karen K | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Keogh Plan Trust Account - Fifth Third Bank | E | Int & Div | K | U | | | | | |
| 2. - USAA Income Fund | B | Dividend | | | sell | 3/11 | M | A | |
| 3. - USAA Income Stock Fund | A | Dividend | | | sell | 3/11 | M | A | |
| 4. - USAA International Fund | A | Dividend | K | T | | | | | |
| 5. - Lloyd Cress Notes | A | Interest | J | T | | | | | |
| 6. - Merrill Lynch Focus Value Fund | A | Dividend | | | sell | 1/27 | J | A | |
| 7. - Fifth Third Money Market Fund | A | Dividend | J | T | | | | | |
| 8. AIM Investments Solo 401(k) consisting of items 9-11 | C | Int & Div | M | T | | | | | |
| 9. - AIM Blue Chip Fund | A | Dividend | L | T | Buy | 3/31 | L | | |
| 10. - AIM Money Market Fund | A | Dividend | J | T | Sell Partial | 3/31 | K | A | |
| 11. - Lloyd Cress Note | B | Interest | K | T | Buy | 4/7 | E | | |
| 12. National Financial Service IRA consisting of items 13-93 | E | Dividend | O | T | | | | | |
| 13. - Debt Strategies Fund Common | C | Dividend | K | T | Buy | 6/3 | J | | |
| 14. - AEP Common | A | Dividend | | | Sell | 12/18 | J | A | |
| 15. - Arch Coal Common | A | Dividend | | | Sell | 10/22 | K | D | |
| 16. - Arch Coal Common | A | Dividend | | | Buy | 10/16 | J | | |
| 17. - Savient Pharm (Formerly Biotechnology General) | A | Dividend | J | T | | | | | |
| 18. - Intel Common | A | Dividend | K | T | Partial Sell | 10/20 | K | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell,, Karen K | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. - Lexmark Common | A | Dividend | K | T | Buy | 10/1 | K | | |
| 20. - Lexmark Common | A | Dividend | K | T | Partial Sell | 12/17 | L | E | |
| 21. - Mills Corp Common | A | Dividend | | | Sell | 5/2 | J | B | |
| 22. - Procter & Gamble Common | C | Dividend | M | T | Partial Sell | 10/22 | K | E | |
| 23. - Sovereign Bancorp | A | Dividend | L | T | | | | | |
| 24. - Pimco Advisors Opportunity Fund | A | Dividend | K | T | | | | | |
| 25. - Smuckers Common | A | Dividend | K | T | Bought | 3/21 | K | | |
| 26. - Toyota Common | A | Dividend | L | T | Bought | 5/22 | K | | |
| 27. - American Int Gp Common | A | Dividend | J | T | Bought | 12/24 | J | | |
| 28. - AXM Pharmaceutical Common | A | Dividend | J | T | Bought | 12/26 | J | | |
| 29. - AXM Pharmaceutical Common | A | Dividend | J | T | Bought | 12/29 | J | | |
| 30. - Bank of Montreal Common | A | Dividend | J | T | Bought | 10/27 | J | | |
| 31. - Centex Common | A | Dividend | J | T | Bought | 12/24 | J | | |
| 32. - China Yuchai Common | A | Dividend | J | T | Bought | 12/24 | J | | |
| 33. - Deckers Outdoor Common | A | Dividend | J | T | Bought | 12/24 | J | | |
| 34. - Engineered Support System Common | A | Dividend | J | T | Split | 11/3 | | | |
| 35. - Engineered Support System Common | A | Dividend | J | T | Bought | 10/27 | K | | |
| 36. - Engineered Support System Common | A | Dividend | J | T | Sold Partial | 12/15 | K | D | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell,, Karen K | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Engineered Support System Common | A | Dividend | J | T | Bought | 12/24 | J | | |
| 38. - Forest Laboratories Common | A | Dividend | K | T | Bought | 12/26 | K | | |
| 39. - ICICI Bank Common | A | Dividend | K | T | Bought | 10/27 | J | | |
| 40. - IDCC Common | A | Dividend | L | T | Bought | 5/1 | K | | |
| 41. - IDCC Common | A | Dividend | L | T | Bought | 10/1 | K | | |
| 42. - Johnson & Johnson Common | A | Dividend | K | T | Bought | 12/23 | K | | |
| 43. - Greg Manning Common | A | Dividend | J | T | Bought | 12/4 | J | | |
| 44. - Masco Common | A | Dividend | K | T | Bought | 3/18 | K | | |
| 45. - Petroleum Development Common | A | Dividend | J | T | Bought | 12/29 | J | | |
| 46. - Schnitzer Steel Common | A | Dividend | J | T | Bought | 12/23 | J | | |
| 47. - Templeton Russian & E. European Fund Common | A | Dividend | K | T | Bought | 10/27 | K | | |
| 48. - Turkish Inv. Fund Common | A | Dividend | | . | Bought | 10/27 | J | | |
| 49. - Turkish Inv. Fund Common | A | Dividend | | | Bought | 12/29 | J | | |
| 50. - Turkish Inv. Fund Common | A | Dividend | | | Sold | 12/29 | K | D | |
| 51. - Vodafone Common | A | Dividend | K | T | Bought | 12/24 | K | | |
| 52. - W Holding Common | A | Dividend | K | T | Bought | 12/1 | J | | |
| 53. - W Holding Common | A | Dividend | K | T | Bought | 12/17 | K | | |
| 54. - W Holding Common | A | Dividend | K | T | Split | 12/11 | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Walgreen Common | A | Dividend | K | T | Bought | 12/16 | K | | |
| 56. - San Juan Basin Trust Common | C | Royalty | K | T | Bought | 5/2 | K | | |
| 57. - San Juan Basin Trust Common | C | Royalty | K | T | Bought | 6/3 | K | | |
| 58. - NFS Prime Fund (temp. receipt receptacle) | B | Dividend | K | T | Bought | vari. | | | |
| 59. - Energy Exploration Technology | A | Dividend | J | T | Bought | 8/28 | J | | |
| 60. - Energy Exploration Technology | A | Dividend | J | T | Bought | 12/18 | J | | |
| 61. - Lehman Brothers First Income Fund | C | Dividend | M | T | Bought | 7/31 | M | | |
| 62. - Netguru Common | A | Dividend | J | T | Bought | 4/17 | J | | |
| 63. - Netguru Common | A | Dividend | J | T | Bought | 12/1 | J | | |
| 64. - City of Grayson Bonds | C | Interest | | | Bought | 2/20 | M | | |
| 65. - City of Grayson Bonds | C | Interest | | | Sold | 4/4 | M | A | |
| 66. - Diamonds Inv. Fund | J | Dividend | | | Bought | 3/13 | L | | |
| 67. - Diamonds Inv. Fund | J | Dividend | | | Sold | 3/24 | J | A | |
| 68. - Diamonds Inv. Fund | J | Dividend | | | Sold | 5/21 | K | A | |
| 69. - Diamonds Inv. Fund | J | Dividend | | | Sold | 5/1 | K | A | |
| 70. - Diamonds Inv. Fund | J | Dividend | | | Sold | 5/16 | J | A | |
| 71. - General Electric Common | J | Dividend | | | Bought | 3/13 | K | | |
| 72. - General Electric Common | J | Dividend | | | Sold | 9/24 | K | D | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell,, Karen K | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73.    - General Electric Common | J | Dividend | | . | Sold | 12/18 | K | C | |
| 74.    - ACM Income Fund - Mutual Fund | C | Dividend | | | Bought | 4/7 | M | | |
| 75.    - ACM Income Fund - Mutual Fund | C | Dividend | | | Sold | 7/21 | M | A | |
| 76.    - AEP Call Nov. 27 | | | | | Sold Exercis | 4/30 | J | A | |
| 77.    - Smuckers Call Oct 40 | | | | | Sold Redeeme | 4/29 | J | A | |
| 78.    - Procter & Gamble Call Oct 95 | | | | | Sold Expired | 4/29 | J | A | |
| 79.    - Diamonds call May 86 | | | | | Sold Exercis | 4/3 | J | A | |
| 80.    - Procter & Gamble Call July 95 | | | | | Sold Expired | 4/11 | J | A | |
| 81.    - GE Call Sept 30 | | | | | Sold Exercis | 4/29 | J | A | |
| 82.    - IDCC Call Sept 22 | | | | | Sold Redeeme | 4/29 | J | A | |
| 83.    - Lexmark Call July 75 | | | | | Sold Expired | 4/30 | J | A | |
| 84.    - Arch Coal Call Oct 22.5 | | | | | Sold Exercis | 5/12 | J | A | |
| 85.    - IDCC Call Sept 26 | | | | | Sold Expired | 6/26 | J | A | |
| 86.    - Procter & Gamble Call Oct 95 | | | | | Sold Expired | 7/22 | J | A | |
| 87.    - Toyota Call Jan 60 | | | | | Sold Redeem | 7/17 | J | A | |
| 88.    - IDCC Call Dec 25 | | | | | Sold Expired | 7/24 | J | A | |
| 89.    - Masco Call Apr 25 | | | | | Sold | 8/26 | J | A | |
| 90.    - Intel Call April 27.5 | | | | | Sold Redeem | 8/26 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell, Karen K | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - Lexmark Call Jan 70 | | | | | Sold | 9/29 | J | A | |
| 92. - Intel Call July 32.5 | | | | | Sold | 12/17 | J | A | |
| 93. - Smuckers Call Apr 45 | | | | | Sold | 10/14 | J | A | |
| 94. PNC Bank Account | A | Interest | J | T | | | | | |
| 95. Jefferson Pilot Universal Life Policy (GF Caldwell Insured) | | None | L | T | | | | | |
| 96. Anchor Nat. Life Policy (Trustee of L Cress Ins. Trust) | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date_____8/23/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|
| | Calendar Year 2003 | in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Caldwell,, Karen K | 2. Court or Organization U.S.D.C. KY - Eastern District | 3. Date of Report 5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge, Full-time | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 434 United States Courthouse 310 South Main Street London, KY 40741 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Transylvania University |
| 2. Trustee | Lloyd Cress Insurance Trust |
| 3. Board of Directors | Leadership Kentucky |
| 4. Board of Directors | Georgetown College, Correll Center for Leadership |
| 5. Board of Directors | ARC of the Bluegrass |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 17 12 30 PM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Caldwell,, Karen K | 5/10/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Incom**

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Retirement Benefit - Ashland, Inc. |
| 2. 2003 | Retirement Benefit - Greenebaum Doll & McDonald, PLLC |
| 3. 2003 | Self-employed Environmental Law |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Line of Credit - Credit Card | J |
| 2. | AAA Financial Services | Line of Credit - Credit Card | J |
| 3. | Fifth Third Bank, Trustee for Lloyd Cress Retirement Account | Promissory Notes | J |
| 4. | American Express | Line of Credit - Credit Card | K |
| 5. | First USA | Line of Credit - Credit Card | J |
| 6. | P.N.C. Bank | Commercial Loan | J |
| 7. | USAA | Line of Credit - Credit Card | K |
| 8. | Capital One Bank | Line of Credit - Credit Card | J |
| 9. | AIM Fund Services (Lloyd Cress Retirment Account) | Pension Plan Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell,, Karen K | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Keogh Plan Trust Account - Fifth Third Bank | E | Int & Div | K | U | | | | | |
| 2. - USAA Income Fund | B | Dividend | | | sell | 3/11 | M | A | |
| 3. - USAA Income Stock Fund | A | Dividend | | | sell | 3/11 | M | A | |
| 4. - USAA International Fund | A | Dividend | K | T | | | | | |
| 5. - Lloyd Cress Notes | A | Interest | J | T | | | | | |
| 6. - Merrill Lynch Focus Value Fund | A | Dividend | | | sell | 1/27 | J | A | |
| 7. - Fifth Third Money Market Fund | A | Dividend | J | T | | | | | |
| 8. AIM Investments Solo 401(k) | C | Int & Div | M | T | | | | | |
| 9. - AIM Blue Chip Fund | A | Dividend | L | T | | | | | |
| 10. - AIM Money Market Fund | A | Dividend | J | T | Sell | 3/31 | K | A | |
| 11. - Lloyd Cress Note | B | Interest | K | T | | | | | |
| 12. National Financial Service IRA | E | Dividend | O | T | | | | | |
| 13. - Debt Strategies Fund Common | C | Dividend | K | T | Buy | 6/3 | J | | |
| 14. - AEP Common | A | Dividend | | | Sell | 12/18 | J | A | |
| 15. -Arch Coal Common | A | Dividend | | | Sell | 10/22 | K | D | |
| 16. - Arch Coal Common | A | Dividend | | | Buy | 10/16 | J | | |
| 17. - Savient Pharn (Formerly Biotechnology General) | A | Dividend | J | T | | | | | |
| 18. - Intel Common | A | Dividend | K | T | Partial Sell | 10/20 | K | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell,, Karen K | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.   - Lexmark Common | A | Dividend | K | T | Buy | 10/1 | K | | |
| 20.   - Lexmark Common | A | Dividend | K | T | Partial Sell | 12/17 | L | E | |
| 21.   - Mills Corp Common | A | Dividend | | | Sell | 5/2 | J | B | |
| 22.   - Procter & Gamble Common | C | Dividend | M | T | Partial Sell | 10/22 | K | E | |
| 23.   - Sovereign Bancorp | A | Dividend | L | T | | | | | |
| 24.   - Pimco Advisors Opportunity Fund | A | Dividend | K | T | | | | | |
| 25.   - Smuckers Common | A | Dividend | K | T | Bought | 3/21 | K | | |
| 26.   - Toyota Common | A | Dividend | | | Bought | 5/22 | K | | |
| 27.   - American Int Gp Common | A | Dividend | J | T | Bought | 12/24 | J | | |
| 28.   - AXM Pharmaceutical Common | A | Dividend | J | T | Bought | 12/26 | J | | |
| 29.   - AXM Pharmaceutical Common | A | Dividend | J | T | Bought | 12/29 | J | | |
| 30.   - Bank of Montreal Common | A | Dividend | J | T | Bought | 10/27 | J | | |
| 31.   - Centex Common | A | Dividend | J | T | Bought | 12/24 | J | | |
| 32.   - China Yuchai Common | A | Dividend | J | T | Bought | 12/24 | J | | |
| 33.   - Deckers Outdoor Common | A | Dividend | J | T | Bought | 12/24 | J | | |
| 34.   - Engineered Support System Common | A | Dividend | J | T | Split | 11/3 | | | |
| 35.   - Engineered Support System Common | A | Dividend | J | T | Bought | 10/27 | K | | |
| 36.   - Engineered Support System Common | A | Dividend | J | T | Sold | 12/15 | K | D | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell,, Karen K | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Engineered Support System Common | A | Dividend | J | T | Bought | 12/24 | J | | |
| 38. - Forest Laboratories Common | A | Dividend | K | T | Bought | 12/26 | K | | |
| 39. - ICICI Bank Common | A | Dividend | K | T | Bought | 10/27 | J | | |
| 40. - IDCC Common | A | Dividend | L | T | Bought | 5/1 | K | | |
| 41. - IDCC Common | A | Dividend | L | T | Bought | 10/1 | K | | |
| 42. - Johnson & Johnson Common | A | Dividend | K | T | Bought | 12/23 | K | | |
| 43. - Greg Manning Common | A | Dividend | J | T | Bought | 12/4 | J | | |
| 44. - Masco Common | A | Dividend | K | T | Bought | 3/18 | K | | |
| 45. - Petroleum Development Common | A | Dividend | J | T | Bought | 12/29 | J | | |
| 46. - Schnitzer Steel Common | A | Dividend | J | T | Bought | 12/23 | J | | |
| 47. - Templeton Russian & E. European Fund Common | A | Dividend | K | T | Bought | 10/27 | K | | |
| 48. - Turkish Inv. Fund Common | A | Dividend | | | Bought | 10/27 | J | | |
| 49. - Turkish Inv. Fund Common | A | Dividend | | | Bought | 12/29 | J | | |
| 50. - Turkish Inv. Fund Common | A | Dividend | | | Sold | 12/29 | K | D | |
| 51. - Vodafone Common | A | Dividend | K | T | Bought | 12/24 | K | | |
| 52. - W Holding Common | A | Dividend | K | T | Bought | 12/1 | J | | |
| 53. - W Holding Common | A | Dividend | K | T | Bought | 12/17 | K | | |
| 54. - W Holding Common | A | Dividend | K | T | Split | 12/11 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell,, Karen K | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Walgreen Common | A | Dividend | K | T | Bought | 12/16 | K | | |
| 56. - San Juan Basin Trust Common | C | Royalty | K | T | Bought | 5/2 | K | | |
| 57. - San Juan Basin Trust Common | C | Royalty | K | T | Bought | 6/3 | K | | |
| 58. - NFS Prime Fund (temp. receipt receptacle) | B | Dividend | K | T | Bought | vari. | | | |
| 59. - Energy Exploration Technology | A | Dividend | J | T | Bought | 8/28 | J | | |
| 60. - Energy Exploration Technology | A | Dividend | J | T | Bought | 12/18 | J | | |
| 61. - Lehman Brothers First Income Fund | C | Dividend | M | T | Bought | 7/31 | M | | |
| 62. - Netguru Common | A | Dividend | J | T | Bought | 4/17 | J | | |
| 63. - Netguru Common | A | Dividend | J | T | Bought | 12/1 | J | | |
| 64. - City of Grayson Bonds | C | Interest | | | Bought | 2/20 | M | | |
| 65. - City of Grayson Bonds | C | Interest | | | Sold | 4/4 | M | A | |
| 66. - Diamonds Inv. Fund | J | Dividend | | | Bought | 3/13 | L | | |
| 67. - Diamonds Inv. Fund | J | Dividend | | | Sold | 3/24 | J | A | |
| 68. - Diamonds Inv. Fund | J | Dividend | | | Sold | 5/21 | K | A | |
| 69. - Diamonds Inv. Fund | J | Dividend | | | Sold | 5/1 | K | A | |
| 70. - Diamonds Inv. Fund | J | Dividend | | | Sold | 5/16 | J | A | |
| 71. - General Electric Common | J | Dividend | | | Bought | 3/13 | K | | |
| 72. - General Electric Common | J | Dividend | | | Sold | 9/24 | K | D | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell,, Karen K | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. - General Electric Common | J | Dividend | | | Sold | 12/18 | K | C | |
| 74. - ACM Income Fund - Mutual Fund | C | Dividend | | | Bought | 4/7 | M | | |
| 75. - ACM Income Fund - Mutual Fund | C | Dividend | | | Sold | 7/21 | M | A | |
| 76. - AEP Call Nov. 27 | | | | | Sold Exercis | 4/30 | J | A | |
| 77. - Smuckers Call Oct 40 | | | | | Sold Redeeme | 4/29 | J | A | |
| 78. - Procter & Gamble Call Oct 95 | | | | | Sold Expired | 4/29 | J | A | |
| 79. - Diamonds call May 86 | | | | | Sold Exercis | 4/3 | J | A | |
| 80. - Procter & Gamble Call July 95 | | | | | Sold Expired | 4/11 | J | A | |
| 81. - GE Call Sept 30 | | | | | Sold Exercis | 4/29 | J | A | |
| 82. - IDCC Call Sept 22 | | | | | Sold Redeeme | 4/29 | J | A | |
| 83. - Lexmark Call July 75 | | | | | Sold Expired | 4/30 | J | A | |
| 84. - Arch Coal Call Oct 22.5 | | | | | Sold Exercis | 5/12 | J | A | |
| 85. - IDCC Call Sept 26 | | | | | Sold Expired | 6/26 | J | A | |
| 86. - Procter & Gamble Call Oct 95 | | | | | Sold Expired | 7/22 | J | A | |
| 87. - Toyota Call Jan 60 | | | | | Sold Redeem | 7/17 | J | A | |
| 88. - IDCC Call Dec 25 | | | | | Sold Expired | 7/24 | J | A | |
| 89. - Masco Call Apr 25 | | | | | Sold | 8/26 | J | A | |
| 90. - Intel Call April 27.5 | | | | | Sold Redeem | 8/26 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caldwell,, Karen K | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS
– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - Lexmark Call Jan 70 | | | | | Sold | 9/29 | J | A | |
| 92. - Intel Call July 32.5 | | | | | Sold | 12/17 | J | A | |
| 93. - Smuckers Call Apr 45 | | | | | Sold | 10/14 | J | A | |
| 94. PNC Bank Account | A | Interest | J | T | | | | | |
| 95. Jefferson Pilot Universal Life Policy (GF Caldwell Insured) | | | L | W | | | | | |
| 96. Anchor Nat. Life Policy (Trustee of L Cress Ins. Trust) | A | Interest | K | U | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Caldwell,, Karen K | 5/10/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████

Date _May 10, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544